IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Wayne L. Brink<br>Kimberly J. Brink<br>    Debtors<br><br>Wayne L. Brink<br>Kimberly J. Brink<br>    Movants<br><br>    vs.<br><br>Acima Credit, Allied Interstate, American First Finance, CACH, LLC, Capital One, Collection Service Center, Direct TV, Easy Pay, First Premier Bank, First Progress, Holiday Financial, IC Systems, LVNV Funding, Member Mortgage Services, Midland Credit Management, Navient Solutions, Northwest Bank, One Main Financial, PRA Receivables, Penn Credit Corp., PA Dept. of Revenue, Premier Bank, Resurgent Capital, Security Credit Services, Synchrony Bank, Telecom, USX Federal Credit Union, Verizon, Westlake Portfolio Management, and Ronda J. Winnecour, Trustee | Case No. 22-21537 CMB<br>Chapter 13<br><br>Docket No. |

## APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTORS' PERSONAL INJURY CASE

AND NOW, come the Debtors, Wayne and Kimberly Brink, by and through their attorney, Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. The Debtors filed a voluntary Chapter 13 bankruptcy petition on August 5, 2022.

2. The Debtors have employed Paige Tamecki, Esquire and Edgar Snyder & Associates, 600 Grant Street, Floor 10, Pittsburgh, Pa 15219 as their attorney in a personal injury case.

3. The Debtors believe that Attorney Tamecki is qualified to represent them in this matter having represented many people in similar cases.

4. The fee agreement between the Debtors and Attorney Tamecki is attached and labeled as Exhibit "A".

5. Attorney Tamecki is an attorney duly admitted to practice in the state of Pennsylvania and represents no interest adverse to the estate on matters to which she is to be engaged, and her employment would be in the best interest of this estate.

6. Attached is a "Verified Statement Pursuant to Bankruptcy Rule 2014(a)" signed by Attorney Tamecki confirming the above statement in paragraph 5 is attached and labeled as Exhibit "B".

WHEREFORE, the Debtors, Wayne and Kimberly Brink request that they be authorized to employ and appoint Paige Tamecki, Esquire and Edgar Snyder & Associates as special counsel for their personal injury case.

Respectfully submitted,

September 20, 2022
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201