IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **22-21537** |
| **Wayne L. Brink** | : | |
| **Kimberly J. Brink** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| | : | |
| **Wayne L. Brink** | : | |
| **Kimberly J. Brink** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb 209201**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

MDG Club USA Inc.
3422 Old Capitol Trail PMB 1993
Wilmington DE 19808-0000

Capital Community Bank
9080 S Village Shop Drive
Sandy, Utah 84094

Central Electric Cooperative
PO Box 329
Parker PA 16049-0000

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name
**707 Grant Street**
**Suite 2830**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**