IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Wayne L. Brink ) | Case No. 22-21537 CMB |
| Kimberly J. Brink ) | Chapter 13 |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 28, 2022, a true and correct copy of the *Amended Schedules F and G along with the 341 Meeting of Creditors Notice* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Served by ECF Mail:
Ronda J. Winnecour, Trustee

MDG Club USA Inc.
3422 Old Capitol Trail PMB 1993
Wilmington DE 19808-0000

Capital Community Bank
9080 S Village Shop Drive
Sandy, Utah 84094

Central Electric Cooperative
PO Box 329
Parker PA 16049-0000

Date of Service: October 28, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201