IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayne L. Brink | ) | Case No. 22-21537 CMB |
| Kimberly J. Brink | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Related to Docket No. 40 - 41 |
| | ) | |
| Wayne L. Brink | ) | Hearing Date and Time: |
| Kimberly J. Brink | ) | December 13, 2022 at 11:00 AM |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Verizon by American InfoSource as agent | ) | |
|    Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 15

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim filed on October 6, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim were to be filed and served no later than November 7, 2022.

     It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim be entered by the Court.

     Respectfully submitted,

November 8, 2022        /s/ Lauren M. Lamb
Date:       Lauren M. Lamb, Esquire
      Attorney for the Debtor
      STEIDL & STEINBERG
      2830 Gulf Tower
      707 Grant Street
      Pittsburgh, PA  15219
      (412) 391-8000
      PA I. D. No. 209201
      llamb@steidl-steinberg.com