IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
Wayne L. Brink                                  )        Case No. 22-21537 CMB
Kimberly J. Brink                               )        Chapter 13
        Debtors                                 )
                                                )
                                                )        Related to:  Document No. 40
Wayne L. Brink                                  )
Kimberly J. Brink                               )        **ENTERED BY DEFAULT**
        Movants                                 )
                                                )
        vs.                                     )
                                                )
Verizon by American InfoSource as agent         )
        Respondent                              )


## ORDER OF COURT


AND NOW, to wit, this _____9th_____ day of _____November_____, 2022, it is

hereby ORDERED, ADJUDGED, and DECREED, that Respondent's claim 15 is stricken as it

fails to state the last transaction date and the last payment date.


Carlota M. Böhm
United States Bankruptcy Judge

glb

FILED
11/9/22 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 22-21537-CMB

Wayne L. Brink                                                          Chapter 13

Kimberly J. Brink

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Nov 09, 2022               Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Wayne L. Brink, Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas

      on behalf of Creditor CU Member Mortgage  a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com

Lauren M. Lamb

      on behalf of Joint Debtor Kimberly J. Brink
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb

      on behalf of Debtor Wayne L. Brink
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee

      ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Nov 09, 2022                                 Form ID: pdf900                              Total Noticed: 1

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

TOTAL: 5