IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Wayne L. Brink ) Case No. 22-21537 CMB
Kimberly J. Brink ) Chapter 13
    Debtors ) Docket No.
)
)
)
Wayne L. Brink )
Kimberly J. Brink )
    Movants )
)
)
vs. )
)
)
American First Finance, MDG, and )
Ronda J. Winnecour, Trustee, )
)
    Respondents )

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 16, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated November 14, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: November 16, 2022    /s/ Lauren M. Lamb
                                                                                Lauren M. Lamb, Esquire
                                                                                Attorney for the Debtor
                                                                                 STEIDL & STEINBERG
                                                                                 707 Grant Street
                                                                                 Suite 2830, Gulf Tower
                                                                                 Pittsburgh, PA 15219
                                                                                 (412) 391-8000
                                                                                 llamb@steidl-steinberg.com
                                                                                 PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21537-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Nov 16 08:40:52 EST 2022 | Acima Credit<br>9815 S Monroe St Fl 4<br>Sandy, UT 84070-4384 | Alliant Capital Management - HDH<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Allied Interstate Llc<br>Attn: Bankruptcy Department<br>Po Box 361477<br>Columbus, OH 43236-1477 | Allied Interstate Llc<br>Po Box 361445<br>Columbus, OH 43236-1445 | American First Finance<br>7330 W. 33rd Street<br>Wichita, KS 67205-9370 |
| American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Kimberly J. Brink<br>159 Timber Lane<br>Parker, PA 16049-2533 | Wayne L. Brink<br>159 Timber Lane<br>Parker, PA 16049-2533 |
| CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital Community Bank<br>9080 S Village Shop Drive<br>Sandy, Utah 84094-7721 | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Central Electric Cooperative<br>PO Box 329<br>Parker PA 16049-0329 | Collection Service Center, Inc.<br>Attn: Bankrupcy<br>839 5th Ave<br>New Kensington, PA 15068-6303 |
| Collection Service Center, Inc.<br>Pob 560<br>New Kensington, PA 15068-0560 | Colonial Savings F.A.<br>2626 West Freeway<br>Fort Worth, TX 76102-7109 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL  60197-5072 |
| (p)EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD CA 92018-2549 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 | First Progress<br>P.o. Box  84010<br>Columbus, GA 31908-4010 | Hayt Hayt & Landau<br>Two Industrial Way West<br>Eatontown, NJ 07724-2279 |
| Holiday Financial Serv<br>22631 State Hwy 68 Ste 4<br>Clarion, PA 16214-4080 | (p)I C  SYSTEM  INC<br>LEGAL DEPARTMENT<br>PO BOX 64444<br>SAINT PAUL MN 55164-0444 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MDG Club USA Inc.<br>3422 Old Capitol Trail PMB 1993<br>Wilmington DE 19808-6124 |

| | | |
|---|---|---|
| Member Mortgage Services<br>38275 12 Mile Road<br>Suite 100<br>Farmington, MI 48331-3046 | Midland Credit Management, Inc<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>320 East Big Beaver<br>Troy, MI 48083-1238 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | NPRTO North-East, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Navient Solutions Inc<br>Attn: Bankruptcy<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Navient Solutions Inc<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Northwest Bank<br>Attn: Bankruptcy<br>Po Box 128<br>Warren, PA 16365-0128 |
| Northwest Bank<br>Po Box 1793<br>Warren, PA 16365-6793 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Resurgent Capital Services<br>C/o Resurgent Capital Services<br>Greenville, SC 29602 |
| Security Credit Services<br>306 Enterprise Drive<br>Oxford, MS 38655-2762 | Security Credit Services<br>Attn: Bankruptcy<br>Po Box 1156<br>Oxford, MS 38655-1156 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Paige Tamecki<br>Edgar Snyder & Associates<br>600 Grant St., Fl. 10<br>Pittsburgh, PA 15219-2807 | Telecom Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Usx Federal Credit Uni<br>P O Box 3780<br>Harrisburg, PA 17105 | Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 |

```
Verizon                                  Verizon Wireless                         Verizon Wireless
by American InfoSource as agent          Attn: Bankruptcy                         National Recovery Operations
PO Box 4457                              500 Technology Dr, Ste 599                Minneapolis, MN 55426
Houston, TX  77210-4457                  Weldon Springs, MO 63304-2225


Westlake - C/O Peritus Portfolio Services II   Westlake Portfolio Management, LLC    Westlake Portfolio Management, LLC
P.O. Box 141419                          4751 Wilshire Bvld                        Attn: Bankruptcy
Irving, Tx 75014-1419                    Los Angeles, CA 90010-3827                Po Box 76809
                                                                                   Los Angeles, CA 90076-0809


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Easy Pay/Duvera Collections              (d)Easy Pay/Duvera Collections           IC Systems, Inc
3220 Executive Ridge                     Attn: Bankruptcy                          Attn: Bankruptcy
Vista, CA 92081                          Po Box 2549                               Po Box 64378
                                         Carlsbad, CA 92018                        St. Paul, MN 55164


(d)IC Systems, Inc                       Jefferson Capital Systems LLC             Penn Credit
Po Box 64378                             Po Box 7999                               2800 Commerce Drive
Saint Paul, MN 55164                     Saint Cloud MN 56302-9617                 Harrisburg, PA 17110


(d)Penn Credit
Attn: Bankruptcy
Po Box 988
Harrisburg, PA 17108
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CU Member Mortgage, a division of Colonial    End of Label Matrix
                                                 Mailable recipients    66
                                                 Bypassed recipients     1
                                                 Total                  67
```