**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>WAYNE L. BRINK<br>KIMBERLY J. BRINK<br>　　Debtors | Case No. 22-21537-CMB |
| PERITUS PORTFOLIO SERVICES II, LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES<br>　　Movant | Chapter 13<br><br>Hearing Date: 01/19/2023<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 01/12/2023 |
| vs.<br>WAYNE L. BRINK<br>KIMBERLY J. BRINK<br>　and<br>RONDA J WINNECOUR, (TRUSTEE)<br>　　Respondents | 11 U.S.C. §362 |

**NOTICE OF VIDEO CONFERENCE HEARING AND
RESPONSE DEADLINE REGARDING MOTION OF
PERITUS PORTFOLIO SERVICES II, LLC AS SERVICER
FOR WESTLAKE FINANCIAL SERVICES FOR RELIEF
FROM THE AUTOMATIC STAY**(*MODIFIED PROCEDURES
FOR REMOTE PARTICIPATION*)
**EFFECTIVE OCTOBER 1, 2020**

**TO THE RESPONDENTS:**

　　　　You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **01/12/2023**, i.e., more than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **01/19/2023**, at **1:30 pm** before Judge Carlota M. Böhm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Judge Böhm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. The general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Mailing or other service: **December 8, 2022**

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com