# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>WAYNE L. BRINK<br>KIMBERLY J. BRINK<br>    Debtors | Case No. 22-21537-CMB |
| PERITUS PORTFOLIO SERVICES II, LLC AS SERVICER FOR WESTLAKE FINANCIAL SERVICES<br>    Movant | Chapter 13<br><br>Hearing Date: 01/19/2023<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 01/12/2023 |
| vs.<br>WAYNE L. BRINK<br>KIMBERLY J. BRINK<br>   and<br>RONDA J WINNECOUR, (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **December 8, 2022**.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

WAYNE L. BRINK
159 TIMBER LANE
PARKER, PA 16049

KIMBERLY J. BRINK
159 TIMBER LANE
PARKER, PA 16049

Service by Electronic Notification:

LAUREN M. LAMB
STEIDL & STEINBERG
707 GRANT STREET
28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219
LLAMB@STEIDL-STEINBERG.COM

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Dated: **December 8, 2022**

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com