**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wayne L. Brink and    )
  Kimberly J. Brink     ) Case No. 22-21537-CMB
            )
            ) Chapter 13
       Debtor(s).  )
            X

**ORDER OF COURT**
**(Check Boxes That Apply)**

☐ **Confirming Plan on Final Basis**   ☐ **Chapter 13 Plan dated:**
                 _____

☒ **Authorizing Distributions Under Plan** ☒ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate** **November 14, 2022**
**Protection**

  IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $2125 effective 9/22.

  IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

  IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

  1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐ A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

--

☐     B.   The length of the Plan is changed to a total of at least __ months. This
statement of duration of the Plan is an approximation. The Plan shall not be
completed until the goals of the Plan have been achieved.

☐     C.   To the extent this Order is entered as a form of adequate protection, the
Trustee is authorized to distribute to secured and priority creditors with
percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28
U.S.C. §586. ***Continued conciliation conferences before the Trustee or
contested hearings before the Court shall proceed on such dates and times as
appear on the case docket.*** The Trustee is deemed to have a continuous objection
to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND
ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR
DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT
NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO
COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST
THE OFFENDING PARTY.**

☐     D.   Plan confirmation is subject to the resolution of all actions to determine the
avoidability, priority, or extent of liens; including determination of the allowed
amount of secured claims under *11 U.S.C. §506*, disputes over the amount and
allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to
claims.

☐     E.   The allowed claims of general unsecured creditors shall be paid from available
funds on a pro rata basis, which may represent an increase or decrease in the
amount projected in the Plan.

☐     F.   The following utility creditor _____ shall be paid monthly
payments of $_____ beginning with the Trustee's next distribution and
continuing for the duration of the Plan's term, to be applied by that creditor to its
administrative claim, ongoing budget payments and/or security deposit. These
payments shall be at the third distribution level.

☐     G.   The claims of the following creditors shall govern as to amount, classification
and rate of interest (or as otherwise noted), unless the Debtor(s) successfully
objects to the claim:

_____

☐     H.   The secured claims of the following creditors shall govern as to claim amount,
to be paid at the modified plan interest rate in a monthly amount to be determined

--

by Trustee to pay the claim in full during the Plan term:

_____

☐    I.    The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐    J.    The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒    K.    Additional Terms and Conditions:
*Acima Credit is stricken from section 6.1 as duplicative

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

**A.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.    Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In

--

addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

3.      **Additional Provisions.**  **The following additional provisions apply in this case:**

A.      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

B.      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

C.      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

D.      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

E.      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

F.      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

G.      The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

H.      The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: _____December 16, 2022_____

Carlota M. Böhm
United States Bankruptcy Judge

glb

FILED
12/16/22 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

--

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-21537-CMB |
|---|---|
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Brink, Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| sp | + | Paige Tamecki, Edgar Snyder & Associates, 600 Grant St., Fl. 10, Pittsburgh, PA 15219-2807 |
| 15528110 | + | Central Electric Cooperative, PO Box 329, Parker PA 16049-0329 |
| 15503952 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15503966 | + | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15503967 | + | Holiday Financial Serv, 22631 State Hwy 68 Ste 4, Clarion, PA 16214-4080 |
| 15528108 | + | MDG Club USA Inc., 3422 Old Capitol Trail PMB 1993, Wilmington DE 19808-6124 |
| 15503970 | + | Member Mortgage Services, 38275 12 Mile Road, Suite 100, Farmington, MI 48331-3046 |
| 15503979 | + | Northwest Bank, Po Box 1793, Warren, PA 16365-6793 |
| 15503992 | | Usx Federal Credit Uni, P O Box 3780, Harrisburg, PA 17105 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2022 23:48:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 16 2022 23:43:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 15503945 | + | Email/Text: bankruptcy@acimacredit.com | Dec 16 2022 23:43:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 15551356 | + | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 23:48:52 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15525364 | + | Email/Text: bncmail@w-legal.com | Dec 16 2022 23:43:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15503948 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 23:48:53 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15518862 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 23:49:05 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15506307 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 23:48:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15528109 | + | Email/Text: BankruptcyNotices@schear.net | Dec 16 2022 23:43:00 | Capital Community Bank, 9080 S Village Shop Drive, Sandy, Utah 84094-7721 |
| 15503951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0315-2                          User: auto                                Page 2 of 4
Date Rcvd: Dec 16, 2022                    Form ID: pdf900                        Total Noticed: 61

| | | | |
|---|---|---|---|
| | | Dec 16 2022 23:48:38 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503950 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Dec 16 2022 23:48:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15503955 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Dec 16 2022 23:43:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15525658 | + Email/Text: bankruptcydesk@colonialsavings.com | | |
| | | Dec 16 2022 23:43:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 15507068 | Email/Text: G06041@att.com | | |
| | | Dec 16 2022 23:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15503958 | Email/Text: operationsclerk@easypayfinance.com | | |
| | | Dec 16 2022 23:42:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15503959 | Email/Text: operationsclerk@easypayfinance.com | | |
| | | Dec 16 2022 23:42:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15503960 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Dec 16 2022 23:48:38 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15503962 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Dec 16 2022 23:48:38 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15503965 | + Email/Text: FirstProgressCorrespondence@acttoday.com | | |
| | | Dec 16 2022 23:43:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15503968 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Dec 16 2022 23:43:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15503969 | + Email/Text: Bankruptcy@ICSystem.com | | |
| | | Dec 16 2022 23:43:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15521438 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 16 2022 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15505620 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 23:48:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15511374 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 16 2022 23:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15503971 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 16 2022 23:43:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15503974 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 16 2022 23:43:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15524956 | + Email/Text: ecfbankruptcy@progleasing.com | | |
| | | Dec 16 2022 23:43:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15503978 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Dec 16 2022 23:48:52 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15503977 | + Email/PDF: pa_dc_ed@navient.com | | |
| | | Dec 16 2022 23:48:38 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15503980 | + Email/Text: angela.abreu@northwest.com | | |
| | | Dec 16 2022 23:42:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15508707 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Dec 16 2022 23:49:03 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15503983 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Dec 16 2022 23:49:03 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15503981 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Dec 16 2022 23:48:50 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15503985 | Email/Text: bankruptcies@penncredit.com | | |
| | | Dec 16 2022 23:43:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15503986 | Email/Text: bankruptcies@penncredit.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 61

| | | | |
|---|---|---|---|
| | | Dec 16 2022 23:43:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15514795 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 16 2022 23:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15503988 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 23:49:04 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15503987 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 23:48:53 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15503989 | + Email/Text: cs@securitycreditservicesllc.com | | |
| | | Dec 16 2022 23:43:00 | Security Credit Services, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15503990 | + Email/Text: cs@securitycreditservicesllc.com | | |
| | | Dec 16 2022 23:43:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15504066 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 16 2022 23:48:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503991 | + Email/Text: documentfiling@lciinc.com | | |
| | | Dec 16 2022 23:42:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15520730 | ^ MEBN | | |
| | | Dec 16 2022 23:35:39 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15520710 | ^ MEBN | | |
| | | Dec 16 2022 23:35:32 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15503993 | ^ MEBN | | |
| | | Dec 16 2022 23:35:11 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15519446 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Dec 16 2022 23:48:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15503994 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Dec 16 2022 23:42:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15503995 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Dec 16 2022 23:42:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15517485 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Dec 16 2022 23:43:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |
| 15503996 | ^ MEBN | | |
| | | Dec 16 2022 23:36:14 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 15503997 | ^ MEBN | | |
| | | Dec 16 2022 23:35:11 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CU Member Mortgage, a division of Colonial Savings |
| 15503949 | *+ | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15518863 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15503956 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15503957 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15503953 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15503954 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15503961 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15503963 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15503972 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |

District/off: 0315-2                         User: auto                                    Page 4 of 4
Date Rcvd: Dec 16, 2022                   Form ID: pdf900                           Total Noticed: 61

| | | |
|---|---|---|
| 15503973 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15503975 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15503976 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15503984 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15503982 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15503947 | ##+ | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus, OH 43236-1477 |
| 15503946 | ##+ | Allied Interstate Llc, Po Box 361445, Columbus, OH 43236-1445 |
| 15503964 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 14 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor CU Member Mortgage  a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Kimberly J. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Wayne L. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6