IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayne L. Brink and | ) | Bankruptcy No. 22-21537-CMB |
| Kimberly J. Brink, | ) | Chapter 13 |
| | ) | Related to Docket No. 75 & 76 |
| Debtors | ) | |
| | ) | Hearing Date & Time: |
| Wayne L. Brink, | ) | January 19, 2023 at 2:30pm |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR MOVANT'S WORKERS' COMPENSATION CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Movant's Workers' Compensation Case filed on December 20, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Special Counsel for Movant's Workers' Compensation Case were to be filed and served no later than January 6, 2023.

It is hereby respectfully requested that the Order attached to the Application to Employ Special Counsel for Movant's Workers' Compensation Case be entered by the Court.

Respectfully submitted,

January 9, 2023
Date:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000

PA I. D. No. 209201
llamb@steidl-steinberg.com