IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Wayne L. Brink and | ) Bankruptcy No. 22-21537-CMB |
| Kimberly J. Brink, | ) Chapter 13 |
| | ) Related to Document No. 78 |
| Debtors | ) |
| | ) |
| Wayne L. Brink, | ) |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) |
| Respondent | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 12, 2023, a true and correct copy of the January 10, 2023 *Order Employing Special Counsel* for Movant's Workers' Compensation Claim was served by via ECF mail and/or First-Class U.S. Mail, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee
*Via ECF Mail*

Shawn Scharf, Esquire
Law Firm of Green Haines Sgambati
100 E Federal St.
Youngstown, OH 44503
*Via First-Class U.S. Mail*

Date of Service: January 12, 2023        /s/Lauren M. Lamb_____
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com