IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | Case No. 22-21537 CMB |
| Wayne L. Brink and ) | Chapter 13 |
| Kimberly J. Brink, ) | |
|     Debtor**s** ) | |
| ) | Related to:  Document No. 75 |
| Wayne L. Brink, ) | |
|     Movant ) | **ENTERED BY DEFAULT** |
| ) | |
|     v. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Respondent | |

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this 10th day of January, *2023*, upon consideration of the ***APPLICATION TO EMPLOY SPECIAL COUNSEL FOR MOVANT'S WORKERS' COMPENSATION CLAIM***, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Shawn Scharf, Esquire and the Law Firm of Green Haines Sgambati with principal offices located at 100 E Federal St, Youngstown, OH 44503 is hereby appointed as *Special Counsel* for the Estate/Movant pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a workers' compensation claim as referenced to in the foregoing Motion/Application, *provided however,* no settlement of any claim is to occur without prior Court Order after notice and hearing.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances , the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms.  Final compensation, awarded only after notice and hearing may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____
Carlota M. Böhm     glb
United States Bankruptcy Judge

FILED
1/10/23 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: **Debtor**
 **Counsel**
 **Office of the U.S. Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Shawn Scharf, 100 E Federal Street, Youngstown, OH 44503-1838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Joint Debtor Kimberly J. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Wayne L. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6