Case 22-21537-CMB    Doc 83    PROCEEDING MEMO Entered 01/22/23 00:24:52    Desc Imaged
Certificate of Notice    Page 1 of 3

**Date: 01/19/2023 01:30 pm**

**In re:   Wayne L. Brink**
         **Kimberly J. Brink**

                  **Bankruptcy No. 22-21537-CMB**
                  **Chapter: 13**
                  **Doc. # 65**

**Appearances:  BY ZOOM: Owen Katz**
                      **Mario Hanyon**
                      **Abagale Steidl**

**Nature of Proceeding: #65 Motion of Peritus Portfolio Services II, LLC As Servicer For Westlake Financial Services For Relief From Automatic Stay Under Section 362 Pursuant To Bankruptcy Procedure Rule 4001**

**Additional Pleadings:  #80 Response by Debtors**

**OUTCOME:  Hearing held.   Heading continued to 3/9/2023 at 2:30 p.m. via Zoom.**

                      **Carlota Böhm**
                      **U.S. Bankruptcy Judge**

FILED
1/19/23 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Brink, Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor CU Member Mortgage  a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com

Lauren M. Lamb
    on behalf of Joint Debtor Kimberly J. Brink
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Wayne L. Brink
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jan 19, 2023 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6