**Date: 03/09/2023 02:30 pm**

**In re:   Wayne L. Brink
           Kimberly J. Brink**

           **Bankruptcy No. 22-21537-CMB
           Chapter: 13
           Doc. # 65**

**Appearances:  BY ZOOM: Ronda Winnecour
                        Matt Fissel;  Abagale Steidl**


**Nature of Proceeding: #65 Continued Hearing Re: Motion of Peritus Portfolio Services II, LLC As Servicer For Westlake Financial Services For Relief From Automatic Stay Under Section 362 Pursuant To Bankruptcy Procedure Rule 4001**


**Additional Pleadings: #80 Response by Debtors
                       #82 Proceeding Memo from 01/19/2023 Zoom Hearing.  Hearing Continued for 03/09/2023 at 2:30 p.m. via Zoom.**


**OUTCOME:  Hearing Held.
            Hearing Continued to: 06/14/2023 at 1:30 p.m. via Zoom.**


           **Carlota Böhm
           U.S. Bankruptcy Judge**

           FILED
           3/9/23 3:33 pm
           CLERK
           U.S. BANKRUPTCY
           COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wayne L. Brink  
Kimberly J. Brink  
    Debtors

Case No. 22-21537-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Mar 09, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne L. Brink, Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Joint Debtor Kimberly J. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Wayne L. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6