IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayne L. Brink and | ) | Bankruptcy No. 22-21537-CMB |
| Kimberly J. Brink, | ) | Chapter 13 |
|    Debtors | ) | Related to Document No(s). 87 & 88 |
| | ) | |
| Wayne L. Brink and | ) | Hearing Date and Time: |
| Kimberly J. Brink, | ) | May 25, 2023 at 2:30pm |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Wayne L. Brink, Kimberly J. Brink, and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|    Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO WITHDRAW AS DEBTOR'S ATTORNEYS

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw as Debtor's Attorneys filed on April 25, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw as Debtor's Attorneys appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Withdraw as Debtor's Attorneys were to be filed and served no later than May 12, 2023.

      It is hereby respectfully requested that the Order attached to the Motion to Withdraw as Debtor's Attorneys be entered by the Court.

      Respectfully submitted,

May 15, 2023
Date:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com