IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayne L. Brink and Kimberly J. Brink, | ) | Bankruptcy No. 22-21537-CMB |
|     Debtors | ) | Chapter 13 |
| | ) | Related to Document No(s). 89 & 90 |
| Wayne L. Brink and Kimberly J. Brink, | ) | |
|     Movants | ) | Hearing Date and Time: |
| | ) | May 25, 2023 at 2:30pm |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Acima Credit, Aidvantage on behalf of Department of Education Loan Services, Alliant Capital Management - HDH, Allied Interstate LLC, American First Finance, LLC, CACH LLC, Capital Community Bank, Collection Service Center, Inc., Colonial Savings F.A., Directv, LLC, Easypay Finance, First Premier Bank, First Progress, Holiday Financial Services, LLC Systems, Inc., Jefferson Capital Systems, LLC, Lvnv Funding, LLC, Mdg Club USA, Inc., Member Mortgage Services, Midland Credit Management, Inc., Midland Fund, NPRTO North-East, LLC, Navient Solutions, Inc., Northwest Bank, Onemain Financial, PRA Receivables Management, LLC, Penn Credit Corporation, Pennsylvania Department Of Revenue, Peritus Portfolio Services II, LLC, Premier Bankcard, LLC, Resurgent Capital Services, Security Credit Services, Synchrony Bank, UPMC Health Services, UPMC Physician Services, USX Federal Credit Union, Verizon, Verizon Wireless, Westlake c/o Peritus Portfolio Services II, Westlake Portfolio Management, LLC,, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|     Respondent(s) | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors filed on April 25, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors appears thereon. Pursuant to the Notice of Hearing, objections for Application for Final Compensation by Counsel for Debtors were to be filed and served no later than May 12, 2023.

It is hereby respectfully requested that the Order attached to the Application for Final Compensation by Counsel for Debtors be entered by the Court.

Respectfully submitted,

May 15, 2023  
Date:

/s/Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
2830 Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  209201  
llamb@steidl-steinberg.com