IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wayne L. Brink and | ) | Bankruptcy No. 22-21537-CMB |
| Kimberly J. Brink, | ) | Chapter 13 |
| | ) | |
|     Debtors | ) | Related to: Document No. 89 |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | **ENTERED BY DEFAULT** |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. | ) | |
| Winnecour, Trustee, Acima Credit, | ) | |
| Aidvantage on behalf of Department of | ) | |
| Education Loan Services, Alliant Capital | ) | |
| Management - HDH, Allied Interstate LLC, | ) | |
| American First Finance, LLC, CACH LLC, | ) | |
| Capital Community Bank, Collection Service | ) | |
| Center, Inc., Colonial Savings F.A., Directv, | ) | |
| LLC, Easypay Finance, First Premier Bank, | ) | |
| First Progress, Holiday Financial Services, | ) | |
| LLC Systems, Inc., Jefferson Capital Systems, | ) | |
| LLC, Lvnv Funding, LLC, Mdg Club USA, | ) | |
| Inc., Member Mortgage Services, Midland | ) | |
| Credit Management, Inc., Midland Fund, | ) | |
| NPRTO North-East, LLC, Navient Solutions, | ) | |
| Inc., Northwest Bank, Onemain Financial, | ) | |
| PRA Receivables Management, LLC, Penn | ) | |
| Credit Corporation, Pennsylvania Department | ) | |
| Of Revenue, Peritus Portfolio Services II, | ) | |
| LLC, Premier Bankcard, LLC, Resurgent | ) | |
| Capital Services, Security Credit Services, | ) | |
| Synchrony Bank, UPMC Health Services, | ) | |
| UPMC Physician Services, USX Federal | ) | |
| Credit Union, Verizon, Verizon Wireless, | ) | |
| Westlake c/o Peritus Portfolio Services II, | ) | |
| Westlake Portfolio Management, LLC, | ) | |
| | ) | |
|     Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this __16th__ day of __May__, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $3,425.00 for work performed in the Chapter 13 case by Debtors' counsel from July 27, 2022 to April 25, 2023.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $185.52 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved to be paid, $4,400.00 by the Chapter 13 Trustee for the remainder of the no-look fee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $8,425.00, provided, however, the total to be paid through the Plan by the Trustee is $7,825.00, representing the $4,400.00 remainder of the no-look fee as set forth above, and an additional $3,425.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) The clerk shall record the total compensation as $8,425.00, provided only $7,825.00 is to be paid through the Trustee under the Plan.

6) Debtors' shall amend their Chapter 13 Plan within twenty-one (21) days to provide for payment of the additional fees and costs.

IT IS SO ORDERED:    FILED
5/16/23 11:08 am
CLERK
U.S. BANKRUPTCY    Carlota M. Böhm    glb
COURT - WDPA    United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wayne L. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| jdb | + | Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                                      Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor CU Member Mortgage  a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Kimberly J. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Wayne L. Brink julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 2

Mario J. Hanyon
    on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6