IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Wayne L. Brink and ) | Case No. 22-21537-CMB |
| Kimberly J. Brink, ) | Chapter 13 |
|     Debtors ) | Docket No. 87 |
| ) | |
| ) | **ENTERED BY DEFAULT** |
| Lauren M. Lamb, Esquire and ) | |
| Steidl & Steinberg, P.C. ) | |
|     Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Wayne L. Brink, ) | |
| Kimberly J. Brink and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this __16th__ day of __May__, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that Lauren M. Lamb, Esquire and Steidl & Steinberg, P.C. are permitted to withdraw as Debtors' attorneys.

_Carlota M. Böhm_ glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
5/16/23 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wayne L. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| jdb | + | Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Kimberly J. Brink |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Wayne L. Brink |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 2

Mario J. Hanyon
    on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6