# PROCEEDING MEMO

**Date: 06/14/2023 01:30 pm**

**In re:   Wayne L. Brink**
**Kimberly J. Brink**

**Bankruptcy No. 22-21537-CMB**
**Chapter: 13**
**Doc. # 60**

**Appearances:  BY ZOOM:  Winnecour/  Katz/  DeSimone/  Warmbrodt**
**Wayne L. Brink - PRO SE DEBTOR,  Kimberly J. Brink - PRO SE DEBTOR**

**Nature of Proceeding: #60 Contested Plan Hearing Re: Amended Chapter 13 Plan Dated 11/14/2022**

**Additional Pleadings: #98 VIRTUAL ENTRY:  Conciliation hearing held.  Contested Confirmation Hearing requested - Failure to appear. Also, lack of payments. From 05/25/2023 conciliation conference.  Filed by Ronda J. Winnecour Hearing scheduled for 06/14/2023 at 1:30 PM via Zoom - Bohm.**
**#99 Objection to Confirmation of Plan by Chapter 13 Trustee**

**OUTCOME:  Contested Plan Hearing Held**
**Case Dismissed Without Prejudice.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/15/23 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA