Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Wayne L. Brink** | : | Case No. 22−21537−CMB |
| **Kimberly J. Brink** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this *The 15th of June, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 16, 2023 | Form ID: 309 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wayne L. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| jdb | + | Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| sp | + | Paige Tamecki, Edgar Snyder & Associates, 600 Grant St., Fl. 10, Pittsburgh, PA 15219-2807 |
| sp | + | Shawn Scharf, 100 E Federal Street, Youngstown, OH 44503-1838 |
| 15503947 | + | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus, OH 43236-1477 |
| 15503946 | + | Allied Interstate Llc, Po Box 361445, Columbus, OH 43236-1445 |
| 15528110 | + | Central Electric Cooperative, PO Box 329, Parker PA 16049-0329 |
| 15503966 | + | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15503967 | + | Holiday Financial Serv, 22631 State Hwy 68 Ste 4, Clarion, PA 16214-4080 |
| 15528108 | + | MDG Club USA Inc., 3422 Old Capitol Trail PMB 1993, Wilmington DE 19808-6124 |
| 15503970 | + | Member Mortgage Services, 38275 12 Mile Road, Suite 100, Farmington, MI 48331-3046 |
| 15503979 | + | Northwest Bank, Po Box 1793, Warren, PA 16365-6793 |
| 15520730 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15520710 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15503992 | | Usx Federal Credit Uni, P O Box 3780, Harrisburg, PA 17105 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 16 2023 13:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 16 2023 09:01:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 15503945 | + | Email/Text: bankruptcy@acimacredit.com | Jun 16 2023 09:01:00 | Acima Credit, 9815 S Monroe St Fl 4, Sandy, UT 84070-4384 |
| 15551356 | + | EDI: MAXMSAIDV | Jun 16 2023 13:03:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15525364 | + | Email/Text: bncmail@w-legal.com | Jun 16 2023 09:01:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 15503948 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 09:10:54 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15518862 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 09:10:54 | American First Finance, LLC, c/o Becket and Lee |

Case 22-21537-CMB    Doc 107    Filed 06/17/23    Entered 06/19/23 00:24:33    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 309 | Total Noticed: 65 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15506307 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 09:10:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15528109 | + | Email/Text: BankruptcyNotices@schear.net | Jun 16 2023 09:01:00 | Capital Community Bank, 9080 S Village Shop Drive, Sandy, Utah 84094-7721 |
| 15503951 | + | EDI: CAPITALONE.COM | Jun 16 2023 13:03:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503950 | + | EDI: CAPITALONE.COM | Jun 16 2023 13:03:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15503955 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 16 2023 09:01:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15503952 | ^ | MEBN | Jun 16 2023 09:01:50 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15525658 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 16 2023 09:01:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 15507068 | | EDI: DIRECTV.COM | Jun 16 2023 13:03:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15503958 | | Email/Text: operationsclerk@easypayfinance.com | Jun 16 2023 09:01:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15503959 | | Email/Text: operationsclerk@easypayfinance.com | Jun 16 2023 09:01:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15503960 | + | EDI: AMINFOFP.COM | Jun 16 2023 13:03:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15503962 | + | EDI: AMINFOFP.COM | Jun 16 2023 13:03:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15503965 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jun 16 2023 09:01:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15503968 | + | EDI: LCIICSYSTEM | Jun 16 2023 13:03:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15503969 | + | EDI: LCIICSYSTEM | Jun 16 2023 13:03:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15521438 | | EDI: JEFFERSONCAP.COM | Jun 16 2023 13:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15505620 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 09:10:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15511374 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 09:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15503971 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 09:01:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15503974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 09:01:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15524956 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 16 2023 09:01:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 15503978 | + | EDI: NAVIENTFKASMSERV.COM | Jun 16 2023 13:03:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15503977 | + | EDI: MAXMSAIDV | Jun 16 2023 13:03:00 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15503980 | + | Email/Text: angela.abreu@northwest.com | Jun 16 2023 09:01:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15508707 | | EDI: AGFINANCE.COM | Jun 16 2023 13:03:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 309 | Total Noticed: 65 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 15503983 | + | EDI: AGFINANCE.COM | Jun 16 2023 13:03:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15503981 | + | EDI: AGFINANCE.COM | Jun 16 2023 13:03:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15503985 | | Email/Text: bankruptcies@penncredit.com | Jun 16 2023 09:01:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15503986 | | Email/Text: bankruptcies@penncredit.com | Jun 16 2023 09:01:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 15514795 | + | EDI: JEFFERSONCAP.COM | Jun 16 2023 13:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15503988 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 09:10:51 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15503987 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 09:10:50 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15503989 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 16 2023 09:01:00 | Security Credit Services, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15503990 | + | Email/Text: cs@securitycreditservicesllc.com | Jun 16 2023 09:01:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15504066 | + | EDI: RMSC.COM | Jun 16 2023 13:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503991 | + | EDI: COMCASTCBLCENT | Jun 16 2023 13:03:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15520730 | | Email/Text: BNCnotices@dcmservices.com | Jun 16 2023 09:01:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15520710 | | Email/Text: BNCnotices@dcmservices.com | Jun 16 2023 09:01:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15503993 | ^ | MEBN | Jun 16 2023 09:01:01 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15519446 | | EDI: AIS.COM | Jun 16 2023 13:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15503994 | | EDI: VERIZONCOMB.COM | Jun 16 2023 13:03:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15503995 | + | EDI: VERIZONCOMB.COM | Jun 16 2023 13:03:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15517485 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 16 2023 09:01:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |
| 15503996 | ^ | MEBN | Jun 16 2023 09:01:39 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 15503997 | ^ | MEBN | Jun 16 2023 09:00:54 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CU Member Mortgage, a division of Colonial Savings |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 309 | Total Noticed: 65 |

| | | |
|---|---|---|
| 15503949 | *+ | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15518863 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15503956 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15503957 | *+ | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15503953 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15503954 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15503961 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15503963 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15503972 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15503973 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15503975 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15503976 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15503984 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15503982 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15503964 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4