**PROCEEDING MEMO**

**Date: 06/14/2023 01:30 pm**

In re:   Wayne L. Brink
Kimberly J. Brink

**Bankruptcy No. 22-21537-CMB**
**Chapter: 13**
**Doc. # 65**

**Appearances:** BY ZOOM: Ronda Winnecour
Wayne L. Brink - PRO SE DEBTOR,  Kimberly J. Brink - PRO SE DEBTOR
Mario Hanyon

**Nature of Proceeding:** #65 Continued Hearing Re: Motion of Peritus Portfolio Services II, LLC As Servicer For Westlake Financial Services For Relief From Automatic Stay Under Section 362 Pursuant To Bankruptcy Procedure Rule 4001

**Additional Pleadings:** #80 Response by Debtors
#82 Proceeding Memo from 01/19/2023 Zoom Hearing - Continued to 03/09/2023 at 2:30 p.m. via Zoom
#85 Proceeding Memo from 03/09/2023 Zoom Hearing - Continued to 06/14/2023 at 1:30 p.m. via Zoom

**OUTCOME:**  Continued Hearing Held.
Motion is Moot Due to Dismissal of Case Without Prejudice.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/15/23 8:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21537-CMB |
| Wayne L. Brink | Chapter 13 |
| Kimberly J. Brink | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 16, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wayne L. Brink, 159 Timber Lane, Parker, PA 16049-2533 |
| jdb | + | Kimberly J. Brink, 159 Timber Lane, Parker, PA 16049-2533 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 17, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CU Member Mortgage a division of Colonial Savings, F.A. bnicholas@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jun 16, 2023 Form ID: pdf900 Total Noticed: 2
TOTAL: 4