**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WAYNE L. BRINK<br>KIMBERLY J. BRINK<br>          Debtor(s)<br><br>Ronda J. Winnecour<br>          Movant<br>     vs.<br>No Respondents. | Case No.:22-21537<br><br><br><br>Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/05/2022  and confirmed on 12/14/2022 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,472.00 |
| Less Refunds to Debtor | 5.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,466.99 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 523.85 | |
|    Trustee Fee | 219.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 742.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CU MEMBER MORTGAGE - DIV COLONIAL | 0.00 | 1,246.42 | 0.00 | 1,246.42 |
|     Acct: 4641 | | | | |
|   CU MEMBER MORTGAGE - DIV COLONIAL | 14,024.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 4641 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 11,750.00 | 187.14 | 440.63 | 627.77 |
|     Acct: 2067 | | | | |
|   WESTLAKE FINANCIAL SERVICES** | 0.00 | 1,708.75 | 0.00 | 1,708.75 |
|     Acct: 6993 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3891 | | | | |
|   WESTLAKE FINANCIAL SERVICES** | 1,251.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 6993 | | | | |
| | | | | 3,582.94 |
| Priority | | | | |
|   PRO SE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WAYNE L. BRINK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-21537 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| WAYNE L. BRINK | 5.01 | 5.01 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,400.00 | 523.85 | 0.00 | 0.00 |
| Acct: | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,425.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX5-23 | | | | |
| AMERICAN FIRST FINANCE | 460.88 | 141.08 | 0.00 | 141.08 |
| Acct: 4482 | | | | |
| AMERICAN FIRST FINANCE | 299.44 | 0.00 | 0.00 | 0.00 |
| Acct: 4483 | | | | |
| AMERICAN FIRST FINANCE | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN FIRST FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NPRTO NORTH-EAST LLC | 2,654.57 | 0.00 | 0.00 | 0.00 |
| Acct: 8316 | | | | |
| CU MEMBER MORTGAGE - DIV COLONIAL | 1,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4641 | | | | |
| | | | | 141.08 |
| Unsecured | | | | |
| ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7113 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 465.71 | 0.00 | 0.00 | 0.00 |
| Acct: 2152 | | | | |
| UPMC HEALTH SERVICES | 6,866.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3515 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: UVX0 | | | | |
| UPMC PHYSICIAN SERVICES | 140.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6230 | | | | |
| ALLIANT CAPITAL MANAGEMENT - HDH | 2,758.11 | 0.00 | 0.00 | 0.00 |
| Acct: 3330 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 715.38 | 0.00 | 0.00 | 0.00 |
| Acct: 0818 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 570.87 | 0.00 | 0.00 | 0.00 |
| Acct: 1612 | | | | |
| FIRST PROGRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2300 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5706 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7955 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 968.26 | 0.00 | 0.00 | 0.00 |
| Acct: 3084 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 379.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1202 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 378.84 | 0.00 | 0.00 | 0.00 |
| Acct: 9261 | | | | |
| AIDVANTAGE O/B/O THE DEPARTMENT O | 86,799.18 | 0.00 | 0.00 | 0.00 |
| Acct: 6230 | | | | |
| NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2225 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3891 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0122 | | | | |

| 22-21537 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    LVNV FUNDING LLC | 587.66 | 0.00 | 0.00 | 0.00 |
|      Acct: 7984 | | | | |
|    SECURITY CREDIT SERVICES LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1921 | | | | |
|    TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: E4CD | | | | |
|    USX FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 6189 | | | | |
|    UTILITY SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: BEEF | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8297 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 5484 | | | | |
|    ONE MAIN FINANCIAL GROUP LLC(*) | 1,140.88 | 0.00 | 0.00 | 0.00 |
|      Acct: 2067 | | | | |
|    ALLIANT CAPITAL MANAGEMENT - HDH | 626.40 | 0.00 | 0.00 | 0.00 |
|      Acct: 1446 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8128 | | | | |
|    ACIMA CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 3,724.02 |
|---|---|---|

TOTAL CLAIMED
PRIORITY                7,114.89
SECURED                27,026.06
UNSECURED             102.396.71

Date: 06/30/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com